AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

EMILY ANN HARRISON
Deceased by
Maranda Campbell Personal Representative
Estate Plaintiff(s)
MRH
a minor, by her Guardians
by Alice Harrison
by Maranda Campbell
Plaintiff(s)

v.      **Civil Action No.** 2:14CV345

KIMBERLY A HESS
Dr
(Terminated 1/15/2015)
DANIEL LOTT
Dr
(Terminated 1/15/2015)
NORTHSHORE HEALTH CENTERS INC
(Terminated 1/15/2015)
United States of America
Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Plaintiffs' claims are DISMISSED WITHOUT PREJUDICE.  This case is closed.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge  Rudy Lozano     on a motion to dismiss.

DATE:  1/27/2015                                         ROBERT TRGOVICH, CLERK OF COURT

                                                                        by s/T. Castillo
                                                                              *Signature of Clerk or Deputy Clerk*